AO 93  (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 12/14/20)

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| United States Postal Service parcel 9505 5141 0375 4087 0694 36 ("SUBJECT PARCEL"). | ) ) ) ) ) ) ) ) |

Case No. 2:24-MJ-1948

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued:   <u>April 3, 2024 at 2:45 pm</u>          _____
                                                                                                *Judge's signature*

City and state:     <u>Los Angeles, CA</u>                       <u>Hon. Maria A. Audero, United States Magistrate Court Judge</u>
                                                                                                *Printed name and title*

AUSA: <u>Sarah E. Spielberger (x3358)</u>

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br><br>2:24-MJ-1948 | Date and time warrant executed:<br><br>4/4/2024  /  09:18 AM | Copy of warrant and inventory left with:<br><br>USPS |

Inventory made in the presence of:

  USPIS R. Alvarez

Inventory of the property taken and name of any person(s) seized:


    9505 5141 0375 4087 0694 36
    Approximately 1,510 gg of Marijuana
    Parcel wrappings

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:    4/4/2024

                                     *Z. Sumpter*
                                       *Executing officer's signature*

                   USPIS TFO Z. Sumpter
                              *Printed name and title*